4/22/2015                                    TDCJ Offender Details

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**      TDCJ Home     **Q** New Offender Search

# Offender Information Details     77,402-47

Return to Search list

| | |
|---|---|
| **SID Number:** | 05608874 |
| **TDCJ Number:** | 01957729 |
| **Name:** | HARPER,DARRELL |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1963-07-24 |
| **Maximum Sentence Date:** | 2017-01-30 |
| **Current Facility:** | ELLIS |
| **Projected Release Date:** | 2017-01-30 |
| **Parole Eligibility Date:** | NOT AVAILABLE |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2010-06-22 | TERRORISTIC THREAT | 2012-01-27 | TRAVIS | D-1-DC-11-904087 | 6-00-00 |
| | | | | D-1-DC-11- | |